AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
для the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:21-mj-00354-NJK |
| | ) | |
| RONALD ROYAL EDWARD BRUST | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>before: Magistrate Judge Nancy J. Koppe. | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | April 26, 2021 at 12:00 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: April 23, 2021

_____
*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*

```
_X_ FILED      ___ RECEIVED
___ ENTERED    ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         APR 23, 2021

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY: _____ DEPUTY
```